UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:24-cv-00484-PGB-LHP

HOWARD COHAN,

    Plaintiff,

vs.

MARUTI HOSPITALITY, INC.
a Florida Limited Liability Company
d/b/a LA QUINTA INN

    Defendant(s).
_____/

## JOINT NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, MARUTI HOSPITALITY, INC., a Florida Limited Liability Company, d/b/a LA QUINTA INN, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within sixty (60) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED July 19, 2024.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By: **/s/ David S. Cohen** |
| Gregory S. Sconzo, Esq. | David S. Cohen, Esquire |
| Florida Bar No.: 0105553 | Florida Bar No. 0970638 |
| Sconzo Law Office, P.A. | LAW OFFICES OF DAVID S. COHEN, LC |
| 3825 PGA Boulevard, Suite 207 | |
| Palm Beach Gardens, FL 33410 | 5728 Major Blvd., Suite 550 |

1

| | |
|---|---|
| Telephone: (561) 729-0940 | Orlando, Florida 32819 |
| Facsimile: (561) 491-9459 | (407) 354-3420 telephone |
| Email: greg@sconzolawoffice.com | (407) 354-3840 facsimile |
| Email: perri@sconzolawoffice.com | david@dscohenlaw.com (primary) |
| Attorney for Plaintiff | admin@dscohenlaw.com (secondary) |
| | Attorney for Defendant |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 19, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                               **/s/ Gregory S. Sconzo**
                                               **Gregory S. Sconzo, Esq.**